STATE of Missouri, Respondent,

v.

Bennie SIMPSON, Appellant.

No. 17037.

Missouri Court of Appeals,
Southern District, Division One.

July 3, 1991.

Motion for Rehearing or Transfer to
Supreme Court Denied July 25, 1991.

Application to Transfer Denied
Sept. 10, 1991.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Millie
Aulbur, Asst. Atty. Gen., Jefferson City,
for respondent.

CROW, Judge.

A jury found appellant Bennie Simpson
guilty of the class B felonies of arson in
the first degree, § 569.040, RSMo Supp.
1987, and burglary in the first degree,
§ 569.160, RSMo 1986. The jury assessed
punishment for each crime at ten years'
imprisonment. The trial court entered
judgment per the verdicts, ordering the
sentences to run concurrently.

Inasmuch as appellant does not challenge
the sufficiency of the evidence to support
the verdicts, we need not synopsize the
State's proof.

■ Appellant's sole point relied on
avers the trial court erred in giving instruction 4, faithfully copied from MAI–CR 3d
302.04, defining "reasonable doubt." Appellant maintains the instruction violated
his right to due process of law guaranteed
by the Fourteenth Amendment to the Constitution of the United States and Article I,
§ 10 of the Constitution of Missouri (1945),
in that the instruction defined proof beyond
a reasonable doubt as "proof that leaves
you firmly convinced of the defendant's
guilt." Such definition, says appellant, allowed the jury to find him guilty "based on
a degree of proof below that required by
due process."

The Supreme Court of Missouri has held
otherwise. *State v. Murray,* 744 S.W.2d
762, 771[13] (Mo. banc 1988), *cert. denied,*
488 U.S. 871, 109 S.Ct. 181, 102 L.Ed.2d 150
(1988); *State v. Antwine,* 743 S.W.2d 51,
62–63[12] (Mo. banc 1987), *cert. denied,* 486
U.S. 1017, 108 S.Ct. 1755, 100 L.Ed.2d 217
(1988).

■ This Court is constitutionally controlled by decisions of the Supreme Court
of Missouri. Mo. Const., Art. V, § 2 (1945);
*State v. Jones,* 703 S.W.2d 41, 42[1] (Mo.
App.1985). Appellant's point is governed
by *Murray* and *Antwine.* It is, accordingly, denied.

Judgment affirmed.

PREWITT, P.J., and PARRISH, J.,
concur.